AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California



FILED
CLERK, U.S. DISTRICT COURT

12/15/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: *Valencia Munoz* DEPUTY

United States of America,

v.

TIEN VY TAI TRUONG,

Defendant.

Case No.  2:23-mj-06428-DUTY

LODGED
CLERK, U.S. DISTRICT COURT

12/15/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ CDO _____ DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about an unknown date through on or about October 20, 2023, in Los Angeles and Orange counties, in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 963, 953(a), 960(a)(1), (b)(1)(H) | Conspiracy to export at least 50 grams of methamphetamine |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Al Polito, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:        12/15/23

_____
*Judge's signature*

City and state:  Los Angeles, California

Hon. Charles Eick, U.S. Magistrate Judge
*Printed name and title*

AUSA:  Shawn J. Nelson, ext. 5339

## AFFIDAVIT

I, Albert Polito, being duly sworn, declare and state as follows:

### I.   PURPOSE OF AFFIDAVIT

1.   This affidavit is made in support of a criminal complaint and arrest warrant against TIEN VY TAI TRUONG, aka "AAA," aka "Sam" and aka "G," for a violation of 21 U.S.C. §§ 963, 953(a), 960(a)(1), (b)(1)(H): Conspiracy to export at least 50 grams of methamphetamine.

2.   The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### II. BACKGROUND OF AL POLITO

3.   I am a Special Agent ("SA") with Drug Enforcement Administration ("DEA") and have been so employed since January 2020.  I am currently assigned to the DEA's High Intensity Drug Trafficking Area Group 48 ("HIDTA 48"), which investigates large-scale drug trafficking organizations.

1

4.   During my time with the DEA, I have received 640 hours of narcotics law enforcement training while attending DEA Basic Agent Training at the DEA Academy in Quantico, Virginia.

5.   I have participated in investigations into drug trafficking and drug trafficking organizations. These investigations involved (1) the unlawful importation, exportation, manufacture, possession with intent to distribute, and distribution of drugs (including cocaine, heroin, fentanyl, methamphetamine, and marijuana), (2) the laundering of drug proceeds and monetary instruments derived from drug trafficking activities, and (3) conspiracies to traffic controlled substances. I am familiar with the methods drug traffickers use to conceal profits and launder proceeds of narcotics transactions. I am also experienced in the use of tracking devices, conducting surveillance, interviewing witnesses, writing affidavits for and participating in the execution of search warrants, and working with undercover agents, cooperating defendants, and confidential sources.

## III.  <u>SUMMARY OF PROBABLE CAUSE</u>

6.   DEA HIDTA Group 48 received a lead from the Ankara, Turkey, Country Office about an opportunity to insert a CS playing the role of an international transportation coordinator into an international drug trafficking organization that needed help transporting drugs from Southern California to Australia and other destinations.  The HIDTA 48 agents gave the Ankara, Turkey, Country Office the phone number for a CS (CS-1) who could play this role.  A DTO member in Turkey, Ibrahim OZCELIK,

2

had an initial phone call with CS-1 and then passed CS-1's phone number to the North American leader of the DTO, Opinder Sian. Sian called CS-1 and met with CS-1 on a couple occasions.  CS-1 apparently earned Sian's trust, and Sian set up four deals with different confederates (including one involving TRUONG) in which the confederates would deliver methamphetamine to CS-1 in Southern California for shipment to Australia.

7.   In text and phone communications, CS-1 led Sian, TRUONG, and others to believe that she had their drugs and was safely storing them until they could be consolidated for shipment to Australia.  She then led Sian, TRUONG, and others to believe the drugs were on a ship to Australia.  When the purported arrival date came, DEA and Australian law enforcement packaged sham methamphetamine and placed a tracking device inside.  Undercover Australian officers gave the sham drugs to DTO members in Sydney.  The DTO members in Sydney drove the sham drugs to a stash house and then returned to the port.  The Australians then raided the stash house and soon thereafter arrested the receiving couriers.

8.   While the drugs were supposedly en route to Australia, CS-1 met with TRUONG in Bangkok.  CS-1 recorded her meetings with TRUONG in which they discussed their ongoing drug dealing. The Thai Royal Police also surveilled the meetings.  After the meetings, TRUONG and CS-1 stayed in touch via text messages and phone calls.  Right after the supposed raid of the stash house and arrest of the couriers, TRUONG lamented the loss of this drugs and the arrest of his couriers.

3

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

9.    Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

### A.    Initial Lead and Introduction of CS-1 to Sian in Late Summer and Fall 2022

10. In June 2022 the Ankara, Turkey, Country Office reached out to HIDTA 48 about an investigation they were conducting into an international drug trafficking organization that included leaders in Turkey.  The targets coordinate large shipments of drugs from South America and Mexico to the United States for further shipment to Canada, Europe, Australia, and New Zealand.  The Ankara Country Office explained that the organization was looking for assistance in transporting its drugs from South America and Mexico through Southern California to Canada, Australia, and New Zealand.

11. Agents from HIDTA 48 gave the Ankara Country Office a phone number for a HIDTA Group 48 CS who could pass themselves off as a broker who could facilitate the international shipment of drugs.  The Ankara Country Office passed that phone number on to their targets.  Soon thereafter, Ibrahim OCZELIK called CS-1 from Turkey.  After some preliminary discussions, OZCELIK said he would have an associate in Southern California call CS-1.  In the next few days, Opinder Sian called CS-1[1] and they started discussions that led the conduct described herein.

---

[1] CS-1 has no criminal convictions.  CS-1 began cooperating with the DEA in 2014 after she was charged with possession with
*(footnote cont'd on next page)*

4

**B.    Meetings with Sian in February and March 2023**

12. Sian and CS-1 then arranged to meet in Vancouver, Canada, on February 1, 2023.  During the meeting Sian explained more about his operations.  Sian explained that in Canada he works with Irish organized crime, specifically, the Kinnehan Family, Italian organized crime, and other Canadian organized crime groups.  Sian also explained that he obtains drugs through contacts with drug cartels in Mexico and South America.  Sian again stated that he works with ARIF.

13. While CS-1 and Sian were in Vancouver, Sian introduced two male associates.  They explained that they have about 500 kilograms of cocaine and need help getting it through the ports of Los Angeles and then on to Australia.  CS-1 claimed that she can arrange for the drugs to be offloaded in LA, repackaged, and put on a container to Australia.  CS-1 also claimed that she can arrange for someone to offload the drugs in Australia and transfer them to the ultimate buyers.

14. After the in-person meeting, Sian and others continued to reach out CS-1 about moving controlled substances for them from South America and Mexico to or through Southern California to Canada, Australia, and New Zealand.

---

intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).  CS has received consideration for the aforementioned drug trafficking charge, including deferred prosecution and deferred action on her immigration status. Since August 2019, CS-1 has assisted in investigations resulting in the seizure of approximately 50 kilograms of fentanyl, 3.3 million fentanyl pills, 120 kilograms of cocaine, 500 pounds of methamphetamine, and $500,000.  CS-1 has been paid $603,000 overall and $40,000 for this case.  DEA has found CS-1 to be reliable and credible.

15. Sian came to Los Angeles and met with CS-1 on March 28, 2023.  They met for lunch at the Strand House in Manhattan Beach.  CS-1 also brought a DEA undercover agent (UC-1) who posed as her cousin who worked at the Port of Long Beach and who helped her get the shipments out undetected.

16. At the beginning of the meeting, Sian said they could get in trouble just for meeting like this.  Sian said his first shipment would be "200," which is consistent with the text conversations Sian had with CS-1.  CS-1 said this would not be a problem.  UC-1 stated that it was better to do fewer but larger shipments so there would be less risk of getting caught.  UC-1 stated that he only did this for CS-1 because they were family. Sian clarified that UC-1 did not work for anyone else, and Sian was pleased.   Sian asked questions about the port and mentioned knowing other persons at the port in a way that seemed like he was probing UC-1 to make sure that the UC-1 enough status to do what CS-1 and UC-1 said UC-1 could do.

**C.   Pick Up of 200 Pounds of Methamphetamine Related to TRUONG, Sian, and Kular.**

1. <u>Preliminary Arrangements</u>

17. CS-1 communicated with Sian and others throughout 2023.  Sian would create group chats on Threema adding whoever was needed for the relevant shipment or discussion.  Thus, CS-1 was in multiple group chats with Sian.  The chats overlapped and continued throughout the year.

18. In June Sian set up a group chat in Threema that included Sian, CS-1, and "ABC," later identified as Kular. They discussed sending 200 pounds of methamphetamine to Australia.

19. On or around June 30, 2023, over the group chat, Kular sent CS-1 a screenshot of a text message that stated "Mexi is ready" and "Pass me token/number. They will have someone to call and drop." Kular also stated, "My pals can drop off 100 anytime now?"

### 2. Actual Pickup of the Drugs.

20. CS-1 passed the phone number of an undercover DEA agent (UC-2) the serial number of a dollar bill to Kular to coordinate the pick-up of methamphetamine. UC-2 was contacted by Jorge Orozco-Santana who said he was calling on behalf of "queen," which is what everyone calls CS-1. UC-2 asked for the dollar bill and Orozco-Santana provided it. UC-2 then arranged to pick up the methamphetamine from Orozco-Santana. Orozco-Santana explained that he was in Orange County and the methamphetamine was "entero" (complete or in bulk form) in large plastic bins that he could drop off. They communicated for a couple days before agreeing to meet at 11:00 a.m. on July 6, 2023.

21. On July 6, 2023, DEA and Hawthorn Police set up to conduct the undercover operation with UC-2. At about 9:50 a.m., UC-2 sent a message to Orozco-Santana to meet at Brookhurst Park in Anaheim. Orozco-Santana said his associate would be there. At about 11:00 the agents set up at Brookhurst Park in Anaheim. UC-2 arrived around 11:10. At around 11:45, a white Mercedes

arrived and parked near UC-2.  A Hispanic male got out of the Mercedes and talked to UC-2.  This male asked for the dollar bill token, which UC-2 provided.  The male and UC-2 went back to the Mercedes and got out a black plastic bin with a yellow lid and carried it to UC-2's car.  The male got another smaller bin out of the Mercedes and put it in UC-2's car.  UC-2 left in his car and the male left in his car.  The drugs were tested by the DEA Southwest regional lab, which found 84.6 kilograms of methamphetamine that was 95% pure, yielding 80.3 kilograms of actual methamphetamine.

### D.    Ongoing Contacts with TRUONG, Kular, and Sian

22.  On July 29, 2023, Sian set up a new group chat with Sian, CS-1, Kular, TRUONG,[2] and others.  Sian told CS-1 that this chat involves his "bros" with Kular.  They all begin discussing the load and the vessel it will be on.

23.  On August 1, 2023, Sian asked CS-1 to call Kular about the 200 pounds of methamphetamine.  Sian explained that the Mexican source of supply was getting uneasy about the drugs being delayed until August 14 and want to know if they can get the drugs back to hold until then.

24.  CS-1 called Kular.  CS-1 explained that she cannot give the drugs back because they are already in the Port of Long Beach and removing them would add too much risk.  Kular said he understood, would explain that to the Mexican partners, and asked for a new, updated photograph of the drugs with an up-to-

---

[2] In these chats, TRUONG uses the monikers "AAA," "Sam," and "G."

date Los Angeles newspaper.  CS-1 said she would send the photo. Kular apologized and explained that the "Turks" had recently lost a load and people were uneasy.  CS-1 reassured Kular that the drugs would be on the ship to Australia on August 14.

25.  The text messages had already included photos of the methamphetamine that was picked up by UC-2.  In the messages, the targets, including TRUONG asked about their load, which CS-1 told them was waiting to be packed into containers and shipped. Based on Kular's request, CS-1 sent videos of the methamphetamine with an L.A. Times from that day to prove that she was still holding the drugs and that everything was okay. The targets, including TRUONG, were satisfied.  TRUONG asked for a more concrete schedule and CS-1 reassured him.  TRUONG explained that he was worried because he has lost loads and he has a Mexican partner who is under pressure.

26.  CS-1 then led them to believe that the drugs went out on August 14th.  This seemed to make everyone very happy and they, including TRUONG, discussed future loads, methods, and destinations.  In mid to late September, TRUONG sent a video of 500 pounds of methamphetamine that he has that he would want to ship.  CS-1 sent videos of other supposed loads she has worked.

**E.   Undercover Meeting with TRUONG in Bangkok in September 2023.**

27.  In early 2023, CS-1 continued to talk to TRUONG over Threema.  They agreed to meet in Bangkok on September 13.  At this time TRUONG and everyone else believed their drugs were on a boat arriving in Australia.

28. The Royal Thai Police covered the undercover meetings and surveilled the targets.  They took photos of TRUONG meeting with CS-1.  CS-1 also recorded the meeting.

29. On September 13, 2023, they had lunch at the Siam Yacht Club.  During the meeting, TRUONG talked about the 200-pound shipment.  He stated that he had received pictures of the drugs in Australia a couple hours before the meeting.  (CS-1 sent these pictures, thus confirming TRUONG as the person she had been texting with about the drugs.)  He asked what the status of the drugs was and said that he had invested in the drugs.  He also talked about getting drugs to Hong Kong, Japan, Papua New Guinea, Australia, and New Zealand.  He stated that he gets his drugs from Sinaloa-connected sources.  He also talked about drugs he had previously lost with Sian and Kular.

30. TRUONG told CS-1 that "Ryan," later identified as Raymond Tang, had arrived from Australia.  Tang came to the meeting and TRUONG explained that he was the person responsible for receiving and distributing the drugs in Australia.

31. After the meeting, Thai Royal Police they followed TRUONG back to his hotel, got a copy of his Vietnamese passport, and confirmed the information with immigration records to positively identify him.

32. Thai Royal Police followed Tang back to his Airbnb condominium, got his information from the management, and confirmed it with immigration records to positively identify him.

33. CS-1 and TRUONG agreed to meet again for lunch the next day, September 14, 2023. TRUONG asked CS-1 if she could move "pills" and showed her a picture of purportedly real oxycodone pills that are made in Iran and shipped all over Asia. CS-1 asked about fentanyl precursors and TRUONG was enthusiastic and said he could get them but did not like working in them because there is not a lot of money in them. TRUONG said that he could also use help in the U.S. getting drugs from Los Angeles to the East Coast.

**F. Recorded Calls with TRUONG**

    1. <u>October 2, 2023, Call</u>

34. CS-1 explained that she talked to "cousin," and everything was good. There were shipments coming up that could go where TRUONG wanted in Australia. CS explained that her connection needed box/shipment information a few days in advance. They discussed the logistics of the boxes and the required paperwork. TRUONG asked for a sample of the paperwork that he can show to his people. TRUONG complained about the others involved in the transaction and said that he had his "500" ready to go. CS-1 joined in TRUONG's complaints about the others involved. TRUONG explained that "little bro" (Tang) wanted information about the port where the drugs would be arriving.

    2. <u>October 6, 2023, Call</u>

35. TRUONG said Sian was concerned about ongoing delay. CS-1 explained Cain's problems with others and his failure to pay. Even though CS-1 had told Sian, TRUONG, and others that

their drugs were in Australia around September 13, DEA and Australian law enforcement had not turned over the drugs because Sian had not yet paid for the transportation.  CS-1 and TRUONG complained over and over about others and Sian in particular. They agreed they could have done this better themselves.  CS-1 reassured TRUONG that his "load was good."

        3.   October 16, 2023, Call

36. CS-1 called TRUONG.  They complained more about Sian and others.  CS said shipment may happen in the next week. TRUONG explained that GPS tracking may be needed in loads because "the far place" (Australia) is so big that boxes are hard to find.  They spoke generally about loads, shipments, teams, routes, units, etc.  CS-1 explained that TRUONG has to pay for a "door fee" (the fee to those at the port who get the drugs through customs) of 30% plus a 10% percent commission.  In exchange she would take care of the "entry and exit."  TRUONG realized that he would not need his team to unload in Australia if CS-1 would take care of both loading and unloading.  TRUONG would only need a driver to pick up from CS-1's people.

**G.    October 19/20, 2023, Seizure of the "Drugs" in Australia**

37. DEA introduced an Australian undercover who purported to unload and deliver this shipment.  He also purported to include the drugs that had been picked up from other shipments discussed below.  Instead, he had DEA-concocted sham dope that looked identical to what Sian, TRUONG, et al. dropped off.  The Australian undercover gave the sham drugs to TRUONG's people in

Australia who loaded the sham drugs into a van.  DEA had put a tracker in the sham drugs and Australian law enforcement was able to follow the van to an Australian stash house.  After the van unloaded and left, the Australians hit the house and then arrested TRUONG's drivers.

### H.    Seizure-Contemporaneous Communications with TRUONG

#### 1.    October 19, 2023, First Call

38. CS-1 complained about Sian and explained that the delays are about the money—specifically that she has not been paid.  TRUONG agreed there are problems because of how the deal was structured.  CS-1 explained how they wanted to change yesterday's drop.  TRUONG said not to worry, that his boys got "the load."  TRUONG returned to the problems with Sian, specifically that Sian was relying on "C.O.D. buyers."  (This meant that Sian would not have the money to pay for the shipment until he delivered but could not deliver until he paid the transport.)  TRUONG asked about getting "the sixty."[3]  TRUONG used "food" as code for drugs and said that Sian wanted food for his C.O.D. buyers.  They complained about unreliability of Sian and the others.  TRUONG said to "pass [his] regards to the door."  They assured each other that they would take care of their ends and their people.  CS-1 asked about TROUNG's "Mexicans."  TRUONG said that they were ready for "another 500" and that they are "ready to cross" and they only need three days' notice because they have everything in stock.

---

[3] There were sixty more pounds that DEA was holding on to as collateral until being paid.

13

### 2.   October 19, 2023, Second Call

39.  TRUONG immediately said he is concerned that his guys "are with the police" because they are not answering, that he cannot reach them, and they are not replying after yesterday, when the drugs were to finally have been handed over from CS-1's people to TRUONG's.  They discussed that this was a problem with Sian and the others because they talk too much.  TRUONG asked CS-1 if there was any heat on her end and she assured them there was no heat because she had been safely holding the stuff for two months.  TROUNG was worried about his guys' safety.

### 3.   October 20, 2023, Call

40.  CS-1 vouched for her people and asked TRUONG to figure out on his end.  TRUONG believed problem was with the others. They try to figure out what went wrong.  They assured each other that they believe in each other.  TRUONG said he was trying to find "a lawyer for the two boys."  While TRUONG trusted most of those they are working with, he lamented that one cannot trust everyone who works under or with them.  CS-1 lamented that "so many people knew about this job" and that too many people talked too much.  They both stated that "in this business" one should not talk too much.  TRUONG reassured CS-1 that even though his boys got "pinched" they would not talk.  TRUONG complained that Cain hurt his "two boys inside."  They lamented being around the wrong people and complained how badly the others did business.

## V.   CONCLUSION

41.  For all of the reasons described above, there is probable cause to believe that TIEN VY TAI TRUONG, aka "AAA,"

14

aka "Sam" and aka "G," has committed a violation of 21 U.S.C.

§§ 963, 953(a), 960(a)(1), (b)(1)(H): Conspiracy to export at

least 50 grams of methamphetamine.

_____

AL POLITO Special Agent
DRUG ENFORCEMENT ADMINISTRATION

Subscribed to and sworn ~~before me~~ by phone on
this 15th day of December 2023.

_____

THE HONORABLE CHARLES EICK
UNITED STATES MAGISTRATE JUDGE

15